**JAMES L. HUFFMAN AND ASSOCIATES**
7700 IRVINE CENTER DRIVE # 800
IRVINE, CA 92618
(714) 240-4047
FAX (714) 276-1435
State Bar No.: 59528

Attorney for Plaintiff

FILED & ENTERED

MAR 10 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY KENT    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>MERCADO, JAYSON,<br>    Debtor.<br>_____<br>MERCADO, JAYSON,<br>    Plaintiff,<br>vs<br>CITI NATIONAL BANK (WEST), FSN,<br>    Defendant | CASE NO: 8:08-14122 RK<br>ADV NO: 8:08-01417-RK<br>CHAPTER 13<br>ORDER APPROVING STIPULATION FOR JUDGMENT ON COMPLAINT FOR DECLARATORY RELIEF<br><br><u>CONTINUED STATUS CONFERENCE</u><br>DATE: MARCH 10, 2009<br>TIME: 1:30 PM<br>CTRM: 5D |

The Court having read and considered the Stipulation of the parties, the Court rules, adjudges and decrees as follows:

    IT IS HEREBY ORDERED that the claim of Defendant, CITI NATIONAL BANK (WEST), FSN, ("Defendant" herein) shall be treated as a general unsecured claim in this Chapter 13 bankruptcy case.

    IT IS FURTHER ORDERED that Defendant's Deed of Trust shall remain valid until the Debtor/Plaintiff completes his Chapter 13 Plan herein and receives a final discharge pursuant to 11 U.S.C. § 1328(a).

IT IS FURTHER ORDERED that Defendant's Deed of Trust shall be void only if the Debtor/Plaintiff completes his Chapter 13 Plan herein and receives a final discharge pursuant to 11 U.S.C. § 1328(a).

IT IS FURTHER ORDERED that, in the event this Case is dismissed or converted to any other Chapter, or if Relief from the Automatic Stay is granted with regard to the subject property, commonly known as 2573 Sunflower Street, Fullerton, California, to any entity, this Order voiding the lien of Defendant and treating the Claim as Unsecured shall not apply.

IT IS FURTHER ORDERED that the continued Status Conference currently set for March 10, 2009 at 1:30 pm in Courtroom 5D is hereby vacated, and no appearances are required.

###

DATED: March 10, 2009

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7700 IRVINE CENTER DRIVE # 800, IRVINE, CA 92618

A true and correct copy of the foregoing document described JUDGEMENT ON STIPULATION FOR JUDGEMENT ON COMPLAINT FOR DECLARAORY RELIEF_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 02 22 09, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
UNITED STATES TRUSTEE - SA - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 02 22 09 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HONORABLE ROBERT KWAN

Citi National Bank (West), FSN, One Samsone St, San Francisco, CA 94104

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 02 22 09  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Citi National Bank (West), FSN - bryan.j.schrepel@citi.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02 22 09 | JAMES L HUFFMAN | /s/ James L Huffman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION FOR JUDGEMENT ON COMPLAINT FOR DECLARAORY RELIEF** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 9, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

UNITED STATES TRUSTEE - LA - ustpregion16.sa.ecf@usdoj.gov
JAMES L HUFFMAN – ATTY FOR PLAINTIFF - huffmanlaw@aol.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Citi National Bank (West), FSN
One Samsone St
San Francisco, CA 94104

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

CITIMORTGAGE, INC
ATTN: BRYAN J SCHREPEL
1111 NORTHPOINT DR
COPPELL, TX 75019

☐ Service information continued on attached page